IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELENA SAMMONS and MICHAEL SAMMONS,<br><br>             Plaintiffs,<br><br>      v.<br><br>COR CLEARING, CEDE & CO., and THE DEPOSITORY TRUST COMPANY,<br><br>             Defendants. | 8:14CV136<br><br>ORDER |

This matter is before the court on the plaintiffs' motions for leave to file a sur-reply brief, Filing No. 34, and to strike, Filing No. 37, the defendants' Notice of Recent Decision, Filing No. 36. The proposed sur-reply brief is attached to the plaintiffs' motion. The court finds leave to file the sur-reply brief should be granted. The plaintiffs' motion to strike the defendants' notice of a recent case is premised on their contention that the additional authority is irrelevant. The court finds the plaintiffs' motion should be denied. This court will determine the relevance of the cited case. Accordingly,

   IT IS ORDERED that:

   1.   Plaintiffs' motion for leave to file a sur-reply brief (Filing No. 34) is granted and the brief attached to the motion is deemed filed instanter.

   2   Plaintiffs' motion to strike (Filing No. 37) is denied.

   DATED this 16th day of September, 2014.

                                      BY THE COURT:

                                      s/ Joseph F. Bataillon
                                      United States District Judge